**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES,

No. C 10-00665 CRB

12

       Plaintiff,

**ORDER CONTINUING HEARING**

13

  v.

14

SEGOVIO-HERNANDEZ, ET AL.,

15

       Defendants.

                                /

16

17

     For good cause, the Court hereby CONTINUES the evidentiary hearing currently set

18

to begin on Monday, April 9, 2012, to **Tuesday, May 1, 2012** at the same time and place.

19

     **IT IS SO ORDERED.**

20

21

Dated: April 6, 2012

            CHARLES  R. BREYER
            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

G:\CRBALL\2010\665\order continuing.wpd