United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. C 10-00665 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BALDONERO SEGOVIO-HERNANDEZ, JAIME ESPERICUETA-VEGA, JESUS HERNANDEZ MILLAN, LORETO HIDALGO, | |
| Defendants. | |

The Court may consider the attached information received from the United States Sentencing Commission as it may apply to 18 U.S.C. § 3553(a)(6) in connection with sentencing in this matter. The parties are directed to provide the Court with comments.

**IT IS SO ORDERED.**

Dated: July 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\665\Order re Statistics.wpd